MITA GRAWUNDER, Appellant and Respondent, *v.* BETH ISRAEL HOSPITAL ASSOCIATION, Respondent and Appellant, Impleaded with Another.

(Argued January 23, 1935; decided February 26, 1935.)

*Carsten H. Ludder* for plaintiff, appellant and respondent.

*Francis L. Driscoll, Lorenz J. Brosnan* and *Lloyd Paul Stryker* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.